448 A.2d 1186

Commonwealth v. Johnson, Appellant.

Argued January 25, 1982. Carter L. Anderson, for appellant; Garold E. Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.